# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**Lindsay Burdek,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No.  3:10-cv-158-J-34TEM

**National Credit Adjusters, LLC,**

        **Defendant.**
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **National Credit Adjusters, LLC** in Jacksonville, Florida on this 2nd day of April, 2010.


SHERYL L. LOESCH, CLERK


_/s/ T. LaBar_
By:     Deputy Clerk


Copies furnished to:

Counsel of Record

-1-